UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

L&B TRANSPORT, LLC

VERSUS

GERALD NELSON

CIVIL ACTION

NUMBER 07-42-FJP-SCR

**<u>JUDGMENT</u>**

For written reasons assigned;

IT IS ORDERED that Gerald Nelson's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's claims be and each are hereby dismissed with prejudice.

Baton Rouge, Louisiana, July 22, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45296